452

No. 39664.—Protest 819695–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of bookends in chief value of base metal plated with silver, chiefly used in the household.  The claim at 50 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816).

No. 39665.—Protests 917816–G, etc., of N. M. Morris, Inc., et al. (New York).

Opinion by DALLINGER, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 19, 1938

No. 39666.—Protests 578601–G, etc., of Davies, Turner & Co. et al. (San Francisco and Seattle).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39667.—Protests 945081–G (A), etc., of John Alban & Co., Inc. (New York).

Opinion by KEEFE, J.  It was established that the Keflaperetora in question is the same in all material respects as the Romano cheese the subject of Abstract 35530.  On the evidence presented it was held that an allowance of 2½ percent should have been made in the weight of the cheese to compensate for the fuller's earth covering.

BEFORE THE FIRST DIVISION, OCTOBER 20, 1938

No. 39668.—Protests 952171–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by MCCLELLAND, P. J.  It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms identical with those the subject of Abstract 34593.  The claim at only 50 percent under paragraph 1506 was therefore sustained.

No. 39669.—Protest 848026–G of P. R. Dreyer Inc. (New York).

Opinion by MCCLELLAND, P. J.  It was stipulated that the merchandise consists of "Lavendin Oil Pure (Lavender Oil)" similar to the lavender oil passed upon in *Colgate* v. *United States* (T. D. 49528).  The claim for free entry under paragraph 1731 was therefore sustained.